IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLUMBERS AND FITTERS LOCAL 101, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> HUBERT PLUMBING & HEATING CO., INC., et al, <br><br> Defendants. | )<br>)<br>)<br>)<br>) Case No. 22-CV-2662-SMY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiffs' Motion for Default Order to Compel an Accounting (Doc. 12). Plaintiffs filed the instant action against Defendants Hubert Plumbing & Heating Co., Inc. and Brandon Schrage on November 14, 2022, alleging violations of the Employment Retirement Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1131, *et seq*. (Doc. 1). Defendant Hubert Plumbing & Heating Co., Inc. and Defendant Brandon Schrage were served with a copy of the summons and Complaint on November 22, 2022 and December 12, 2022, respectively (Docs. 5, 8). Defendants failed to answer Plaintiffs' Complaint or otherwise plead, and a Clerk's Entry of Default was made on January 24, 2023 (Doc. 11).

The Court has reviewed the motion and supporting documentation and finds that Plaintiffs have established entitlement to default judgment against the Defendants. However, Plaintiffs indicate that a damages calculation cannot be computed without an audit. Therefore, Plaintiffs' Motion for Default Order to Compel an Accounting (Doc. 12) is **GRANTED**. The Court **GRANTS** injunctive relief and **ORDERS** Defendants Hubert Plumbing & Heating Co., Inc. and

Brandon Schrage to submit all of their payroll records and books necessary for an audit. The audit shall be completed for the determination of any amounts due and owing for the period beginning **January 1, 2021, until the present**. The documents are to be submitted to Counsel for Plaintiffs (Greg A. Campbell, Hammond and Shinners, P.C., 13205 Manchester Road, Suite 210, St. Louis, Missouri 63131) within **thirty (30) days** of the date of this Order.

Plaintiffs are **DIRECTED** to serve a copy of this Order on the Defendants by appropriate means and file proof of same with the Clerk of the Court. The Court **GRANTS** Plaintiffs leave to move for final default judgment upon the completion of the audit.

**IT IS SO ORDERED.**

**DATED: January 26, 2023**

**STACI M. YANDLE**
**United States District Judge**